**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

UNITED STATES OF AMERICA

v.                                                          CRIMINAL ACTION NO.  3:25-00105

TIMOTHY D. LUCKETT
      also known as "Fetty"
      also known as "Jack Boi"

**MEMORANDUM OPINION AND ORDER**

Before the Court is Defendant Timothy D. Luckett's Motion for Leave to File Attached Defendant's Sentencing Memorandum Documents Under Seal (ECF 48).

There is a presumption of public access to judicial records. *See Ashcroft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000). A district court may, however, "seal documents if the public's right of access is outweighed by competing interests . . . ." *Id.* (quoting *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984)). To seal documents, the court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Id.*

Defendant argues the exhibit attached to his Sentencing Memorandum and Motion for Variance should be sealed because it "contains documents from the Defendant's previous juvenile records in the State of Michigan." ECF 48. Since Defendant has not identified the "competing interests" that outweigh the public's right of access in this instance, the Court **DENIES** the Motion **without prejudice**.

-2-

The Court **DIRECTS** the Clerk to unseal Defendant's Motion (ECF 48) and its attached exhibits (ECF Nos. 48-1, 48-2).

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshal Service.

ENTER:        March 27, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE